UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

-v-                                                                                              23-

$10,000.00 U.S. CURRENCY

        Defendant *in rem*.

---

### STIPULATION TO EXTEND PLAINTIFF'S TIME
### TO FILE COMPLAINT IN CIVIL FORFEITURE ACTION

IT IS HEREBY STIPULATED and agreed upon between the parties, the United States of America by its attorney, Trini E. Ross, United States Attorney for the Western District of New York, Elizabeth M. Palma, Assistant United States Attorney, of counsel, and Peter Pullano, Esq., attorney for claimant Tykim Whisonant, that the government's time to file its Verified Complaint for Forfeiture be extended from July 10, 2023 to August 21, 2023, pursuant to Title 18, United States Code, Section 983(a)(3)(A).

Dated: July 5, 2023                                               Dated: 7/5, 2023

    TRINI E. ROSS
    United States Attorney
    Western District of New York

By:   _____                            _____
        Elizabeth M. Palma                                  Peter Pullano, Esq.
        Assistant United States Attorney                  *Attorney for Tykim Whisonant*
        138 Delaware Ave                                     400 Linden Oaks, Suite 110
        Buffalo, New York 14202                            Rochester, NY 14625
        (716) 843-5860                                          (585) 492-4700
        elizabeth.palma@usdoj.gov                      info@tullylegal.com

1